UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ARCASI,<br><br>                    Petitioner,<br><br>v.<br><br>KATHLEEN ALLISON, Secretary,<br><br>                    Respondent. | Case No.:  21cv1152-GPC (BGS)<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

On June 17, 2020, Petitioner, a state prisoner proceeding pro se, submitted a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 but did not pay the $5.00 filing fee and did not submit a request to proceed in forma pauperis.  (ECF No. 1.)  On June 29, 2021, the Court dismissed this action without prejudice for failure to satisfy the filing fee requirement.  (ECF No. 2.)  After Petitioner was granted an extension of time to either pay the filing fee or submit an in forma pauperis application (ECF No. 4.), he filed a Motion to proceed in forma pauperis.  (ECF No. 5.)

The in forma pauperis application indicates that Petitioner has $0.01 on account at the California correctional institution in which he is presently confined (*id*. at 4) and cannot afford the $5.00 filing fee.  Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis, and allows Petitioner to prosecute the above-referenced action without

being required to prepay fees or costs and without being required to post security. The Clerk of the Court shall file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.

**IT IS SO ORDERED.**

Dated: September 20, 2021

Hon. Gonzalo P. Curiel
United States District Judge